**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittanie Lee Moore and Shiquan Lenneal Sanders,
Defendants,

Of whom Brittanie Lee Moore is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000991

———————

Appeal From Horry County
Melissa J. Buckhannon, Family Court Judge

———————

Unpublished Opinion No. 2020-UP-339
Submitted December 17, 2020 – Filed December 22, 2020

———————

**AFFIRMED**

———————

Harry A. Hancock, of Columbia, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Heather Marie Moore, of Axelrod & Associates, PA; and Michael Julius Schwartz, of Russell B. Long, PA, both of Myrtle Beach, for the Guardian ad Litem.

—————————

**PER CURIAM:** Brittanie Lee Moore appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Moore's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.